NUMBER
13-02-583-CR

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

__________________________________________________________________

 

PAUL RALPH HENKE,                                                            Appellant,

 

                                                   v.

 

THE STATE OF TEXAS,                                                          Appellee.

__________________________________________________________________

 

                       On
appeal from the County Court at Law

                                 of Aransas County, Texas.

___________________________________________________________________

 

                                   O
P I N I O N

 

         Before
Chief Justice Valdez and Justices Dorsey and Hinojosa

                                       Opinion
Per Curiam

 

Appellant, PAUL RALPH HENKE,
perfected an appeal from a judgment entered by the  County Court at Law of Aransas County,
Texas,  in cause number 19166.  Appellant has filed a motion to withdraw
notice of appeal.  The motion complies
with Tex. R. App. P. 42.2(a).








The Court, having considered the documents on file and appellant=s motion to withdraw
notice of appeal, is of the opinion that appellant's motion to withdraw notice
of appeal should be granted.  Appellant's
motion to withdraw notice of appeal is granted, and the appeal is hereby
DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

 

Opinion delivered and
filed this

the 31st day
of October, 2002.